UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NAVA PORTILLO,<br><br>            Petitioner,<br><br>    v.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>            Respondent. | CASE NO. CV 08-7619-RGK (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:  January 15, 2010

                                       /s/ Gary Klausner
                              R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Portillo Order.wpd