UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NAVA PORTILLO,<br><br>    Petitioner,<br><br>    v.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>    Respondent. | CASE NO. CV 08-7619-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 15, 2010

*/s/ Gary Klausner*
―――――――――――――――――――
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Portillo Judgment.wpd